Lessee of JAMES ANDERSON *vs.* CURTIS STEAN, sen'r.

In ejectment, plaintiff cannot go out of his plot to prove defendant's possession of other lands.

EJECTMENT.

In this case the court ruled, that plaintiff was confined in his proof of defendant's possession to that land which he marked, and stated on his plot to be in defendant's possession; that the plot was notice of the land in controversy, and the plaintiff cannot prove defendant to be in possession of lands out of the lines which are marked as covering the land in dispute, and in possession of the defendant.